UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
DEC 13 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1) BOBBY LEE MEDFORD, )<br>    also known as Bobby Medford, )<br>2) JOHN DAVID HARRISON, )<br>    also known as Johnny Harrison, )<br>3) RONNIE EUGENE DAVIS, )<br>    also known as Butch Davis, )<br>4) GUY KENNETH PENLAND ) | DOCKET NO. 1:07CR122<br><br>**ORDER TO UNSEAL** |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 13th day of December, 2007.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE