IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07cr122 |
| | ) | |
| BOBBY LEE MEDFORD | ) | |
| GUY KENNETH PENLAND | ) | |

## ORDER

The matter is before the Court on defendant Medford's motion to sequester witnesses (document 116) and defendant Penland's motion to join in that motion (document 117).

For good cause shown, and pursuant to Rule 615, Fed. R. Evid.,

It is hereby **ORDERED** that defendant Medford's motion to sequester witnesses is **GRANTED**.

It is further **ORDERED** that defendant Penland's motion to join is **GRANTED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

Alexandria, VA
April 8, 2008