IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07cr122 |
| | ) | |
| BOBBY LEE MEDFORD, et al., | ) | |

## ORDER

For good cause,

It is hereby **ORDERED** that the government is **DIRECTED** to file a pleading by the close of business today advising the Court how many witnesses they intend to present in their case-in-chief and how long they anticipate their case-in-chief will take.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

Alexandria, VA
April 14, 2008