IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 1:07cr122 |
| | ) | |
| BOBBY LEE MEDFORD | ) | |

## ORDER

By Order dated April 14, 2008, defendant's motion for the appointment of additional counsel was granted and second counsel was accordingly appointed in this matter as of April 5, 2008, the date of defendant's motion.

For good cause,

It is **ORDERED** that M. Victoria Jayne, Esq. is hereby **APPOINTED** as second counsel in this matter.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

Alexandria, VA
April 15, 2008

FILED
ASHEVILLE, N.C.
APR 1 5 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.