# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07cr122 |
| | ) | |
| BOBBY LEE MEDFORD | ) | |
| GUY KENNETH PENLAND | ) | |

## **ORDER**

For good cause,

It is hereby **ORDERED** that a final pretrial conference is **SCHEDULED** in this matter for 2:00 p.m., Monday, April 28, 2008.

The Clerk is directed to send a copy of the Order to all counsel of record.

/s/
_____

Alexandria, VA  
April 21, 2008

T. S. Ellis, III  
United States District Judge