# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:07cr122 |
| ) | |
| BOBBY LEE MEDFORD ) | |
| GUY KENNETH PENLAND ) | |

## **ORDER**

For good cause,

It is hereby **ORDERED** that the parties are **DIRECTED** to file their respective witness lists by 12:00 p.m., Monday, April 28, 2008, so that the names of the prospective witnesses can be included in the juror questionnaire.

The Clerk is directed to send a copy of the Order to all counsel of record.

/s/
_____

Alexandria, VA  
April 21, 2008

T. S. Ellis, III  
United States District Judge