# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07cr122-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BOBBY LEE MEDFORD. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion to Substitute Counsel and oral Motion to Strike Requirement to Reimburse Fees. On November 18, 2008, the district court delegated to the undersigned such motions. The court notes that based on preliminary review of the written motion that it does not reflect consultation with Mr. Medford and his opinion on withdrawal. Having considered defendant's motions and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Substitute Counsel (#253) and oral Motion to Strike Requirement to Reimburse Fees is **CALENDARED** for hearing on December 4, 2008, at 2 p.m. in Asheville.

In addition to counsel of record, the court requests the presence and input from a supervisory member of the community defender's office and Ms. Victoria Jane at such hearing. The Clerk of this court is respectfully requested to provide such persons with notice.

The United States Marshal is advised that Mr. Medford needs to be present for such hearing.

Signed: November 18, 2008

Dennis L. Howell
United States Magistrate Judge