# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:07cr122 |
| ) | |
| BOBBY LEE MEDFORD ) | |

## ORDER

The matter is before the Court on defendant's motion to strike the previously-imposed requirement that he make payments toward his court appointed counsel's fees at the rate of $750.00 per month, which motion was made orally in the course of the sentencing hearing on October 10, 2008.

For good cause, it is hereby **ORDERED** that this matter is **REFERRED** to Magistrate Judge Dennis L. Howell for a prompt hearing and preparation of a report and recommendation on this issue, pursuant to 28 U.S.C. § 636(b)(1)(B),[1] *nunc pro tunc* November 18, 2008.[2]

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/

Alexandria, VA
March 16, 2009

T. S. Ellis, III
United States District Judge

---

[1] That statute provides, in pertinent part, that

> a judge may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any...applications for posttrial relief made by individuals convicted of criminal offenses...

28 U.S.C. § 636(b)(1)(B).

[2] A written order inadvertently was not entered at the time the matter was referred to the Magistrate Judge.